



## MEMORANDUM OPINION

No. 04-11-00372-CR

Sonia Castillo **NAVARRO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 291221
Honorable Wayne A. Christian, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  August 17, 2011

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing her notice of appeal.

The motion is signed by both appellant and her attorney.  We grant the motion, and dismiss the

appeal.  *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH